AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| ROBERT DANIELS, | ) Case No. 15-MJ-318(CFH) | |
| | ) | |
| Defendant. | ) | |

**ORIGINAL**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 3 1 2015
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of June 18, 2014 and October 16, 2014 in the county of Schenectady in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:
See ATTACHED

☒  Continued on the attached sheet.

_____
Complainant's signature
Richard Cornelius, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: August 31, 2015

_____
Judge's signature
Hon. Christian F. Hummel, U.S. Magistrate Judge
Printed name and title

City and State:  Albany, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Richard Cornelius, being duly sworn, hereby deposes and states as follows:

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI") and I am empowered by law to investigate and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code. I make this affidavit as part of my criminal complaint again ROBERT DANIELS. The facts set forth herein are based upon my own knowledge, as well as conversations with other law enforcement officers.

2.      On June 18, 2014, an established and reliable confidential source ("CS#1")[1] was provided U.S. currency by law enforcement members to purchase crack cocaine from DANIELS. On June 18, 2015, law enforcement members established physical surveillance of a location where DANIELS was observed, fitted CS#1 with transmitting and recording devices, and searched CS#1 and CS#1's car for contraband, with negative results. Law enforcement members then observed CS#1 drive to the DANIELS' location. DANIELS walked up to CS#1's car at the front passenger window. At that time, DANIELS handed CS#1 a quantity of a chunky, off-white substance in exchange for U.S. currency from CS#1. Following the sale, law enforcement members observed CS#1 drive to a pre-determined meeting location where CS#1 immediately turned over the substance, which tested positive for cocaine.

3.      On October 16, 2014, under the direction of law enforcement members, CS#1 contacted DANIELS via telephone to arrange for the purchase of crack cocaine from DANIELS. DANIELS agreed to sell crack cocaine to CS#1. Law enforcement members provided CS#1 with U.S. currency, fitted CS#1 with recording and transmitting devices, and searched CS#1 and CS#1's car for contraband with negative results. DANIELS called CS#1 and advised CS#1 to go to the area of Bridge and Lansing Streets, Schenectady, New York. When CS#1 drove to the location, DANIELS called him and advised him that "his man" was approaching CS#1's vehicle and would make the sale. A male whom CS#1 knew to associate with DANIELS walked up to CS#1's car and got in the front passenger seat. CS#1 handed the male U.S. currency and, in exchange, the male handed CS#1 a clear plastic bag containing a chunky, off-white substance. Law

---

[1] The confidential source is cooperating with law enforcement as a result of pending federal drug charges and is seeking sentencing concessions.

enforcement members established physical and video surveillance in the vicinity of the transaction. Following the sale, law enforcement members observed CS#1 drive back to a pre-determined meeting location where CS#1 immediately turned over the substance, which tested positive for cocaine.

4. Based upon the foregoing, there is probable cause to believe that DANIELS knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Richard Cornelius
Special Agent
Federal Bureau of Investigation

SWORN TO BEFORE ME THIS 31 day of August, 2015

Honorable Christian F. Hummel
United States Magistrate Judge