**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        v.                                                                  No. 15-MJ-318

ROBERT DANIELS,

                      Defendant.

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER OF DETENTION

The defendant appeared before the undersigned for a detention hearing on September 9, 2015. The United States moved for detention, contending that there was the existence of a rebuttable presumption that the defendant was both a risk of flight and a danger to the community, and the defendant opposed the government's motion.

Wherefore, the undersigned finds, for the reasons stated herein and those incorporated by reference, which were stated on-the-record at the conclusion of the detention hearing on September 9, 2015, that credible testimony and information were submitted at the hearing which established, by clear and convincing evidence, that the rebuttable presumption applies in this case and that there are no conditions or combination thereof which would assure the community's continued safety and the defendant's return to Court.

Accordingly, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending trial.

**IT IS SO ORDERED**.

Dated: September 9, 2015
       Albany, New York

                                                Christian F. Hummel
                                                U.S. Magistrate Judge