U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 1 1 2015
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:15-CR-260 (GLS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **ROBERT DANIELS,** | ) | Violation:    21 U.S.C. § 841(a)(1) & (b)(1)(C) |
| | ) | [Distribution of a Controlled Substance ▮] |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Schenectady |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Distribution of a Controlled Substance]**

On or about June 18, 2014 and on or about October 16, 2014, in Schenectady County in the Northern District of New York, the defendant, **ROBERT DANIELS**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a cocaine base (crack), a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: 9/11/15

A TRUE BILL,    name redacted

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Wayne A. Myers
Assistant United States Attorney
Bar Roll No. 517962